```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CHARLES R. GROSSMAN, | : | CIVIL ACTION |
| | : | NO. 13-01703 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION, LLC, ET AL., | : | |
| | : | |
| Defendants. | : | |

### O R D E R

**AND NOW**, this **17th** day of **January, 2014**, it is **hereby ORDERED** that Defendants Ocwen's Motion to Dismiss Counts VI, IX, XI, and XIII of Plaintiff's Amended Complaint (ECF No. 30) is **GRANTED** for the reasons set forth in the accompanying memorandum.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,      J.**